CASE NO. 12-14-00253-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/2/2015 11:12:03 AM
PAM ESTES
Clerk

| | | |
|---|---|---|
| **JERRY WEAKS and**<br>**JOYCE WEAKS,** | § | **IN THE COURT OF**<br>**APPEALS FOR**<br>**TWELFTH COURT OF** |
| **APPELLANT** | | **APPEALS  DISTRICT**<br>**OF TEXAS** |
| | § | |
| **V.** | | |
| | § | |
| **KATHLEEN JEANETTE**<br>**WHITE,** | § | |
| **APPELLEE** | § | |

## CERTIFICATE OF CONFERENCE

**TO THE HONORABLE COURT:**

This will certify and confirm that the undersigned attorney for the Appellants has forwarded notice to Ms. Jane Parreiras-Horta, the attorney for the Appellee, in regard to the Appellants' motion for extension of time to file the motion for rehearing.  Thus, the undersigned has attempted to confer with opposing counsel and is awaiting a response from same.

Respectfully submitted,

/s/ Aubrey L. Jones, Jr.

Aubrey L. Jones, Jr.
Attorney at Law
State Bar No. 10859100
P.O.  Box 168
106 W. Tyler St.

Athens, Texas 75751
Telephone: (903) 675-7990
Fax: (903) 670-3424
Email: aubreyjoneslaw@embarqmail.com

ATTORNEY FOR APPELLANTS

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the above Certificate of Conference has been served on Appellee's attorney of record, Ms. Jane Parreiras-Horta, in accordance with the Texas Rules of Appellate Procedure.

Signed this __2nd___ day of November___, 2015.

/s/ Aubrey L. Jones, Jr.

_____

Aubrey L. Jones, Jr.